AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Massachusetts First Cir. |
|---|---|

| Name: Juan Villar-Sanchez | Prisoner No. | Case No. |
|---|---|---|

Place of Confinement: Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360 — Held as State Inmate

Name of Petitioner (include name under which convicted): Juan Villar-Sanchez

Name of Respondent (authorized person having custody of petitioner): Depart. of Correction, Commissioner K. Kennedy

V.

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Essex Superior Court

2. Date of judgment of conviction: April 4th, 2002

3. Length of sentence: 10-10 + 1 day - / - count 2  5 - 5 +1 Day concurrent / Total 10 years

4. Nature of offense involved (all counts): Possession of a Controlled Substance, Trafficking in a Controlled Substance

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: No plea was entered

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _None_____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _None_____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _None_____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _None_____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

(3)

AO 241 (Rev. 5/85)

_____
_____
_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result _None_____

    (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _None_____

    (2) Nature of proceeding _____

    (3) Grounds raised _____
_____
_____
_____
_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result _None_____

    (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.         Yes ☐     No ☒
    (2) Second petition, etc.     Yes ☐     No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Counsel never followed up on appeal Rule 28 and Rockstar Bill never brought forward, petitioners records were prepared but no action taken to date —

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: *Conviction obtained as a joint venture tactic, against defendant*

Supporting FACTS (state *briefly* without citing cases or law) *The petitioner was charged in a joint matter between local and state Police with regard to a possible conspiracy venture. The petitioner if anything as suggested acted as a go-between in the case at hand, wherefore his conviction respectfully of 10 and 5 years when imposive.*

B. Ground two: *Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure and identification*

Supporting FACTS (state *briefly* without citing cases or law) *The application for the warrant was baseless and was not substantiated by any physical evidence or credible informant. Whereas the other than became a fruit of a poisonous tree matter, as per United States v. Ulbay, the matter became a one way investigation. No basis for the application to execute search warrant was argued and any set forth ambiguous facts in the matter at hand.*

AO 241 (Rev. 5/85)

C. Ground three: _Conviction obtained without proper defense, therefore supporting the ineffective assistance claim_

Supporting FACTS (state *briefly* without citing cases or law) _The petitioner has several motions filed during the case - this are still currently outstanding. The attorney just always stated to either sign papers or follow his way. Defendant needed an interpreter, but aside from that original counsel left mid-way - a plausible defense was never set forth or zealously argued. Counsel violated the Canons of Ethics numerous times._

D. Ground four: _Conviction obtained in violation of proper identification procedure_

Supporting FACTS (state *briefly* without citing cases or law) _The officers seized a license not pertaining to the seized in warrant, tried to charge the petitioner. By using illegally seized item to gain an in-person identification while the petitioner was eating at a local restaurant. The officers ran thru the place comparing faces to the illegally seized document, then rendering the defendant._

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _Newly discovered / not reviewed_

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _Ronald J. Louis, Esquire_

    (b) At arraignment and plea _Laurence P. McGuire, Attorney at Law_

(6)

AO 241 (Rev. 5/85)

(c) At trial _Lawrence J. McGuire_

(d) At sentencing _Lawrence J. McGuire_

(e) On appeal _Lawrence J. McGuire_

(f) In any post-conviction proceeding _None_

(g) On appeal from any adverse ruling in a post-conviction proceeding _Lawrence J. McGuire_
on rule 28 filing

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _None_

(b) Give date and length of the above sentence: _None_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

X _____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

X  8-6-04
(date)

X _____
Signature of Petitioner

(7)