Attn: United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Juan Villar-Sanchez   Case: 1:04-cv-11811 NMG
26 Long Pond Road #371C8 C1 154
Plymouth, MA 02360

Notice. 9-2-04

Dear Magistrate,

Please make a notation on record that the petitioner has tried twice to have the filing fee deducted, however Ann Franklin-Casamasher insists money was already taken but there is no record of it. Petitioner would just like record to reflect the pending — as of today petitioner has filed a complaint (grievance). Thank you for the notation and record of it, and order by the Court to pay filing fee. Thank you for your consideration.

I remain,

Respectfully,
X (signature) Juan Villar Sanchez
Juan Villar Sanchez
26 Long Pond Road
Plymouth, MA 02360