UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN VILLAR-SANCHEZ )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOSEPH MCDONOUGH )<br>)<br>Respondent. )<br>) | Civil Action No. 04-11811-NMG |

## MOTION TO DISMISS

The respondent, Joseph McDonough, the Sheriff of Plymouth County, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). The petitioner has failed to exhaust state remedies as required by 28 U.S.C. § 2254 (b)(1)(A).

A memorandum in support of this Motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060