UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN VILLAR-SANCHEZ )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOSEPH MCDONOUGH )<br>)<br>Respondent. ) | Civil Action No. 04-11811-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060