RECEIVED
2-27-05 Clerk's Office
USDC, Mass.
Date 3/1/05
By M.P.
Deputy Clerk

To whom it may concern,

My name is JUAN VILLAN SANCHEZ. I have encarcirated for five years, for a crime that I never committed. Although I have filed six motions, I have only recieved answers on some. It has been seven long months now that I have been waiting on the final responses.

As you already know I am an inocent man. Why am I still encarcirated? Due to these false accusations I have lost everything my family, my job, and my house. Not to mention these past five years wich my family and I can never have back.

I must stress the fact that I can not move forward without a response from you. I understand things like this take time, especially when working alone as I am.

I (Juan Villa Sanchez) X would be more than happy with any kind of response. Leaving me hanging is causing to much unessicary stress and aggarivation.

Case Number: 1:04-CV 11811   NMG

Sincerely,
Juan Villa Sanchez

2-27-05