UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CIVIL DOCKET FOR CASE # 1:04-CV-1181-NMG

JUAN VILLAR SANCHEZ, AN INMATE at THE Plymouth County Correctional Facility.

Commenced This action on August. 8-17-2004

DEAR (BARRETTE, MARK)-

Sinceramente y con todo el Respecto les pido información sobre mi caso Nº 1:04-CV-1181-NMG

Lo único que es Recibido o el Docket Report. Sin - 12-6-2004

09/20/2004 [°4] opposition re 6 motion to Dismiss Filed by Juan Villan-Sánchez. (Barrette, Mark). entered. 09/29/2004

Yo Juan Villan Sánchez. necesito saber más información de todo los acontesimientos de mi caso. O si tengo que Abrir de nuevo el caso. Les voy agradecer con el Respecto que se merecen que esa información me se a mandada a mi persona

Le Doy las gracias de ANTEMANO.

CAUSE - 28:2254 petition for Writ of Habeas Corpos (state).

Atten.
 Juan Villon Sanchez.
# 1:04 - CV - 1181 - NMG.