M.S. ELIZABETH ELEFTER
DEPUTY CLERK  U.S DISTRICT COURTHOUSE

Ms. Elefter, Most respectable Clerk,
My Name is Juan Villar Sánchez
Civil Docket # 1:04-CV-1181-NMG
When I wrote you on 7-13-2005 for a copy of my docket, Never did I imagine such a quick response. I Thank You Sincerely.

I adress you now because when I read it I was left unsure of the events to come if any - pertaining to my Case.

Am I correct to believe motion 6
The motion to dismiss my petition: 2254 was allowed and my petition for the habeas Corpus was dismissed
And I now await a disposition to decide whether or not my Case will be dismissed as Craig Nicewicz has entered.

Is Craig Nicewicz's empowered to have my Case dismissed without my being present and if so how will I know on what grounds or what lack of grounds my Case was dismissed for.
                                Very Truly yours
       PRO SE: Juan Villar Sánchez