CASE # 1:04-CV-11811 NMG
United States District Court
Boston
Federal

8-10-05
Oposición APPEAL COURT
04-P-1245    Juan Villar Sanchez    APPEAL COURT
04-P-1245

Sinceramente a los que dictaron el memorandum. 04-P-1245. LA COMMONWEALTH. MASSACHUSETTS. NO tiene absolutamente ninguna prueba en mi contra. JUAN EMILIO VILLAR SANCHEZ Todo lo que está en el MEMORANDUM NADA lo pueden probar. El SISTEMA ESTA COMETIENDO UN GRAVE ERROR en TENER UNA PERSONA INOCENTE CON UNA SENTENCIA de 10 AÑOS MANDATORIO SIN COMETER YO JUAN VILLAR SANCHEZ NINGÚN DELITO. (INOCENTE)

VEAMOS. 04-P-1245 APPEALS COURT.

① Primeramente la COMMONWEALTH asegura que ERAN 62 gramos de cocaína en Diciembre 21, 1999. y no 28 gramos.

② La autoridad osea José Alexandro STATE POLICE y ustedes los de la COMMONWEALTH. El 21 diciembre 1999. ① No hay NINGÚN TESTIGO que DIGA que mi PERSONA JUAN VILLAR SANCHE LE HALLA VENDIDO 62 gramos de Cocaína al día 21 dic 1999. en el 214 HIGH ST. 2do pi en LAWRENCE. PERO JOSÉ ALEXANDRO NO SABE DECIR A LA CORTE,

③ CUANTO DINERO llevo ese dia 21 dic. 1999. PARA COMPRAR LOS 62 gramos. de COCAINA.

④ TAMPOCO LE EXPLICA A LA CORTE, JOSE ALEXANDRO, QUE ESE MISMO DIA 21 dic 1999. el en SU TESTIMONIO DIJO QUE HABIAN llegado EN UN CARRO MARCA BLANCO - 2 HISPANO. y que ESAS PERSONAS ESTAVAN PRESENTE EN LA VENTA de LOS 62 gramos de COCAINA. el 21 dic 1999

⑤ SR: JUEZ. ESAS 2 PERSONA, JOSE ALEXANDRO, LOS Siguio ese mismo DIA 21 dic 1999. HASTA LA CALLE PROSPER ST y al OTRO DIA 22 dic 1999. JOSE ALEXANDRO PARO el CARRO MAZDA BLANCO. y ASEGURO EN SU TESTIMONIO que ERA LA MISMA PERSONA que estaba EN el APT. 21F HIGH ST. 2do piso el 21 dic 1999. EN LA VENTA. de los 62 gramos

⑥ ESAS 2 PERSONAS HISPANA como HAbla el REPORTE policial —
① NUNCA FUERON APRESADAS.
② NUNCA APARECIERON EN CORTE
③ TAMPOCO el DINERO de LA COMPRA de LOS 62 gramos COCAINA. del 21 dic 1999.

José Alexandro. Ni la Commonwealth no tiene ninguna prueba que José Alejandro, como dito en su testimonio que hablaba por telefono con el tal (Juan).

① No hay cintas gravadas

② No hay telefono (celular)

③ Tampoco hay, ninguna persona que diga que yo tenia telefono celular. Juan Liriano Sánchez.

④ Tampoco la Commonweart. no tiene ningun testigo, ni gravaciones ni video. para que pongan en el memorandum todas esas falsas mentiras.

⑤ El dia 3 enero del año 2,000 - se repite lo mismo. (MENTIRAS)

José Alexandro llama por telefono a Juan (no sabe cuantas veces.)

① Tampoco ese dia - no aparece ninguna gravación. 4 enero 2,000.

② El dia 4 enero 2000. en la venta de los 125 gramos

(4)

de Cocaina. Nunca a salido a loz publica. Verdaderamente lo que paso el dia 4 Enero 2,000.

(5) José Alexandro. Ni la Commonwealth no explican que lo que von dieron la droga los 125 gramos de cocaina en la calle 214 High St. En Lawrence fueron German Reyes Sabino y Juan Hernandez.

(6) Juan Hernandez: se fio con la suma de $70,000.ºº dollars. y nunca aparició en corte.

(7) German Reyes. y Juan Hernandez nunca me acosaron ni en la corte ni a los State police. Tampoco hicieron ningun statement. Contra mi persona - Juan Ulin Sanchez.

(8) Juan Hernandez. y German Rey tenian telefonos celular y Beeper se dia 4 Enero 2,000.

(9) José Alexandro. No se puede explicar. Porque al trabaja 8 horas. de state police. en otra juridiccion.

No sé como puede explicar, que también trabajaba en Lawrence.

José Alexandro, y Brian Oneil. No tiene ningún documento oficial, que acredite que Brian Oneil era encargado de esa investigación en el 214 High St. 2do piso en Lawrence.

Brian Oneil - tampoco tiene ningún documento oficial, donde busca ayuda policial. Todas esas tapes policial van a salir a la luz pública es la única manera para parar la corrupción policial y estatal. Responsablemente. Todo este relato y muchas cosas más que ustedes saben nuncan las mencionan. Como son estas declariones verdaderas

(1) Nadie nuncha dijo, que hay 1 persona en Lawrence, que puede probar que yo estaba el 31 dic 1999. Junto con él y otra persona más.

(2) Absolutamente. Todo este caso fabricado lo siguen ocultando la Commonwealth. Fueron

3 años es pedirando el appeal y siempre me hicieron lo mismo igual que en el Juicio. Todos combinados. Juez, policia, mi abogado y el D.E.Y. este testimonio es valido, y verdadero aqui no hay mentiras. La Commonwealth. Nunca enseño el original warant.

① Enseño una copia sin poker n.a.
② Mi arresto fue ilegal.
③ En base a falsa convicción.

Todo esto es analizado desde el comienzo que el police Brian Oneil - Solo 3 meses o mas de chequeo en el Apt. 214 High St. 2º piso.

① Brian Oneil. no tiene nada y nunca a tenido calidad moral. para demostrar su investigación contra mi persona Juan Villa Sanchez

Brian Oneil. no tiene foto, no tiene ninguna gravación de telefono. no tiene video, no tiene libreta de apunte no tiene testigo. No tiene ni sabe de donde saco el dinero de los 63 gramos de cocaina del dia 2 dic 1999 Todas esa Fechorias, la commonweal la está ocultando. igual que'l de José Alejandro.

yo JUAN VILLAR SANCHEZ. es tratado de solucionar mi problema. y ustedes en su complot. me an setenciado inocente. Vamos a ver si ponen una persona que sea adecuada para chequear exactamente todo lo que dice este testimonio. Verdadero.

(1) La Commonwealth. puede enviarme cualquier documento. en base de pregunta con respecto a este caso fabricado. yo Juan Villar Sanchez. Le enviare la respuesta. Hay muchas lagunas ocultas.

Atten.
JUAN VILLAR SANCHEZ

(1) Por favor - no rechasen mi reclamo - y lleven este testimonio a las personas adecuadas a este caso.

APPEAL COURT
04-P. 1245.
(Sigue)

(8)

José Alexandro dijo en su testimonio que Juan medía de estatura 6,2, 6,3 -
Sr. Clerk - yo Juan Villan Sanchez - mi estatura es - 5,9.

Sr. Clerk - quiero Justicia - Limpia por favor - Cheguear. esto que dice en esta oposición verdadera.

Atten. Juan Villa Sanchez
9-11-2005

El Warrant - Nunca apareció el Original y tampoco - Tenía Dokert - Nomber. por favor investiguen bien esto. Es la vida de una persona que está en este Juego sucio - (Sin evidencia de ninguna clases.)

Yo Juan Villan Sanchez -
Nunca estuve presente. ni el 2 dic 1999. ni el día 4 Enero 2000. en esos Hechos Drogas.

United States District Court. Civil Docket. For case 1:04 - CV - 11811 - NMG.
9 - 11 2005
Justicia