Trooper Brian Oneil. #1669 Report. Oposición
page #3                                      APPEAL-

① El Trooper José Alexander dice: que a él le enseñaron una foto de el Sr= Juan ante del 21 diciembre 1999. El Trooper Brian Oneil. se la enseño la foto.

② Esa foto - no sabe donde está, Nunca la presentaron en Corte ni en el Juicio ni tampoco en la Moción 8 marzo 2000.

1669 page (9-10) - Dice la policia que ellos fueron primero al Maricos del Caribe Restaurant a restraime a mi Juan Villay Sánchez. Pero ellos los States police. ya tenían en la mano la foto. o carnet licencia puerto Rico. Extraída de mi Apt. 214 High St. 2do piso. Ellos los policias en el Restaurant Maricos del Caribe estaban sacando 1 auno al frente de la puerta de salida de dicho Restaurant. yo Juan Villay Sánchez fui 8 o 9 novena persona en salir inmediatamente me di cuenta que tenía la foto o carnet con mi fot en la mano. comparando con mi foto de mi Cartera.
( arresto Ilegal en base falsa Convicción

Brian Onil dijo en su reporte falso – que ellos tocaron la puerta, y nadie contesto. Pero Sr. Clerk. Ese dia 4 Enero 2000 estaba en el Apt. mi mamá, mi papá, 2 sobrinitas y mi cuñada. El policia Brian Onil nunca enseñó ni le dió el warrant en mi casa. Porqué la cuñada sabe perfectamente Inglesh.

A mi persona Juan Villom Sanchez – no me conocé ningun policia.

Brian Onil – no puso en su reporte – el dinero que se cotió legal del Apt. 214 High St. 2do piso. estas son las facturas legales. El police Brian Onil y Jose Alexandro en su testimonio dijeron – que ellos tenian foto, video, dinero marcado, y un paper con los numeros telefonicos de Juan – eso nunca aparecio ( Sr. Clerk porque era de otra persona ) esas evidencias especificadas nunca fueron presentadas en corte.

Sr. Clerk – A mi persona no me dejaron declarar en el juicio. (mi juicio)

Juan Villom Sanchez
PRO-SE.