15.9.2005

Case - DK# 1:04-CV-11811 NMG.

DEAR CLERK -     HABEAS CORPUS -

El TROPER BRIAN O'neill 10 y su colega José Alexandro - (esos 2 le mintieron a la Corte (Superior.)

① José Alexandro ni la Commonwealth - No - pueden desmostrar ninguna de las 2 ventas señaladas contra mi persona Juan E. Villar Sanchez. (ni el 21 dic 1999. ni el 4 Enero 2000.

② Por la siguientes Razones.

③ El policía José Alexandro, no puede asegurar que el hablo por teléfono celular - y también que el converso con el tal Juan en la calle 214 High St. (Lawrence.)

④ No hay ese día (en Dic 1999)

⑤ Tampoco el Troper Alexandro menciona el día que converso con el tal (Juan) solo dice Diciembre 1999.

⑥ José Alexandro - no tiene ningún reporte oficial, donde el puede desmostrar que - verdaderamente Juan tenía teléfono celular.

⑦ Por que yo Juan Villar Sanchez - en mi arresto en el Marisco del Caribe no tenia teléfono celular - (no se como se explica que José Alexandro hablaba con el tal Juan.

8) Nunca apareció record alguno - Respecto al teléfono celular del tal Juan.)

9) Repectuosamente sr: Clerk. El día 4 enero sí tenían celular (Juan Hernandez) y German Reyes en la venta de los 125 gramos de cocaína. Pero el DEY, ni la Commonwealth. No se fitan, - que es (Juan) Hernandez. Quien está en la venta en la calle 214 High st. de los 125 gramos de cocaína, y en 30 y 4 semanas de preso - Juan Hernandez se fió, con $10,000 dollars - y ese caballero más nunca se supo de él.

10) Esos testigos, German Reyes, Juan Hernandez - nunca me acusaron a mi persona (Juan Villar Sánchez,) de nada - (De venta de droga.)

11) Los 2 hispano del 21 dic 1999 - en la venta de los 62 gramos o 28 gramos de cocaína - nunca aparecieron preso.) Ni el carro marca Mazd (¡No fue!) incautado ( nada eso era in imaginación por la Commonwealth, y José Alexandro.

12) Como es posible, que ese día 21 dic 1999 -
① No aparesca celular
② No aparesca ningún testigo
③ No aparesca ni dinero regular ni marcado
④ No huellas digitales
⑤ Absolutamente - ese día 21 dic 1999. Esa venta fue fabricada a mi persona - Juan Villar Sánc
⑥ y no estaba presente ese día 21 dic 1999.

⑦ Hay 2 personas que pueden declarar a mi favor ese día 21 dic 1999.) El Abogado Macuire y su investigador privado - yo personalmente les dije. (Pero ellos nunca hicieron nada, para averiguar si era verdad o no.).

El carro marca Lumina 1992 - propietario yo Juan Villar Sánchez. (El Diey llevo la matrícula de mi carro de prueba o evidencia contra mi. El día del juicio 4 abril 2002.

CLERK: En ese carro, nunca se cometió ningún delito. (Nunca se vendió droga ni nada. Criminal. (Para que lo hallan llevado de prueba en mi contra Juan Villar Sánchez.

CLERK. El ácido bórico - también puesto de prueba al día del juicio 2o3 abril 2002.

① Hay una factura. Donde dice claramente que fué traido de Sto. Dgo.) para el uso de paño. (Donde mi papá lo usaba para su pier.).

CLERK. ② También existen factura. Del dinero extraído, y nunca mencionado por la Commonwealth, ni la policía

(4)

EXTRAIDO, $1,500.00 DOLLARS. TRAIDO de Sto. Dgo. por mi papá. JUAN EVILIAN MELO.

$300.00 DOLLARS - MÁS de UN SACO.
$100.00 DOLLARS. Sacado de la CARTERA de mi CUÑADA ese día 4 ENERO 2000.

CLERK. ESAS FACTURAS LAS TIENE mi ABOGADO del APIO - SU NOMBRE CHARLES K. STEPHENSON
P.O. Box 266
South HADLEY, MASS. 01075.     Tep= (413) 467-7227.

CLERK. Como es posible - Que mi persona - JUAN VILLAN SANCHEZ - (Soy Solo en este paiz) y NECESITO Ayuda - CLERK - (JUSTICIA.)

10 AÑOS MANDATORIO - Como UN CRIMINAL yo JUAN VILLAN SANCHEZ -
① NO TENGO RECORD ALGUNO - en 14 años en new york.

② NUNCA TUVE PROBLEMAS CON NADIE en los 3 años en LAWRENCE.

③ Tengo desde 1989. El RECORD de incontad de AÑOS por AÑOS HASTA 2000. INCONTAD de TRABATO Legal.

(JUSTICIA (INOCENTE.)

CLERK: El Trooper José Alexandro dijo que yo medía de statura 6,2 o 6,3 de estatura yo Juan Villar Sánchez mido 5,9 estatura.

CLERK. Ayúdeme - Soy una persona inocente. Solo quiero que ellos prueben lo que dicen José Alexandro, y la Commonwealth - Que prueben con hechos - y no con la boca. Que la boca, lo habla todo, necesito yo Juan Villar Sánchez. (Realidad, pruebas contundentes, físicas).

Juan Villar Sánchez -

(CLERK.) Si me pueden ayudar también con un abogado! Se lo agradecería mucho más - (Justicia)

Nunca es tarde - para hacer Justicia limpia.

Por favor escríbame cuando tengas tiempo. -
Gracias

Juan Villar Sanch.