1

Attn:    United States District Court
         Office of the Clerk #2300
         One Courthouse Way
         Boston, Ma 02210

Re.    Juan E. Villar Sanchez
       P.C.C.F. C1 #134                    04-11811-NMG
       26 Long Pond Road
       Plymouth, Ma 02360                  ~~Dated 5-04~~
                                           ammended 8-11-05

Dear Clerks Office,
        Please at the court's earliest convenience (file and
docket the petitioners Motion filed under the following
Title 42 U.S.C.A. 2254. In accordance the
petitioner has executed form AO-240. Respectfully,
please find said motion to be in filing order.
Thank you for your time and assistance.

Thank you for your time and consideration in this matter.

Sincere.                               Respectfully, Mail
                                       X-Dr. Villar Sanchez
                                       Juan E. Villar Sanchez
CC/C.S.D.C. Rm 2300                    Sue Sponte - Pro Se

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

*Juan Villar-Sanchez*

## DEFENDANTS

*Department of Correction, Commissioner K. Dennehy, Commonwealth of Massachusetts*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *Plymouth*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *50 Maple St Hosp*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) *Pro-se*

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☒4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☒ 530 General | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

*Title 42 U.S.C. § 2254 - illegal encarceration - based on false conviction*

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions)

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) *William Sanders -vs- Department of Correction*

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

___   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

_X_   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

___   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   *42. U.S.C.A. 2254*

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                           YES       ( NO )

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)

                                                           YES       ( NO )

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                           YES       ( NO )

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                           YES       ( NO )

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                         ( YES )      NO

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        ( EASTERN DIVISION )          CENTRAL DIVISION          WESTERN DIVISION

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION              CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____

ADDRESS _____

TELEPHONE NO. _____

(Cover sheet local.wpd  - 11/27/00)

*AO 240. (Rev. 9/90)*

# UNITED STATES DISTRICT COURT

*First Circuit* _____ District of *Massachusetts*

*Juan Villar-Sanchez,*
Plaintiff

V.

*Department of Correction,*
*Commonwealth of Massachusetts*
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, *Juan Villar-Sanchez* _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☒ Yes      ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration *Plymouth County Correctional Facility*

   Are you employed at the institution? *Yes*   Do you receive any payment from the *No*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes      ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. — *2001*

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes      ☒ No
   b. Rent payments, interest or dividends                   ☐ Yes      ☒ No
   c. Pensions, annuities or life insurance payments          ☐ Yes      ☒ No
   d. Disability or workers compensation payments            ☐ Yes      ☒ No
   e. Gifts or inheritances                                  ☐ Yes      ☒ No
   f. Any other sources                                      ☐ Yes      ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**CERTIFICATE OF SERVICE**

I, _Juan Villar Sanchez,_ hereby certify that I have this day

served the foregoing _Motion for 2254 to the_

_First Circuit Court_

by  mailing, first class, postage pre-paid, copies of same to

_United States Courthouse or One Courthouse_

_Way in Boston_ .

Dated: _8-6-04_                                    _Juan Villar Sanch_.

                                                    , Pro Se

_cc/ U.S.D.C. Rm 2300_
_Pers. Fil._

TESTIMONIO  8-11-05        APPEAL  COURT
                          04 - P - 1245

(1) SINCERAMENTE A LOS QUÉ DICTARON el MEMORANDUM 04-P-1245. LA COMMONWEALTH. MASSACHUSETTS. NO existe ABSOLUTAMENTE NINGUNA PRUEBA CONTUN- DENTE a si a MI PERSONA JUAN VILLAR SÁNCHEZ. Todo Lo que estoy Declarand y escribiendo en ESPAÑOL _ porqué NO SE escribir en ENGLISH. Todo Lo que está en el MEMORANDUM. NADA, Lo puede PROBAR. Todo es UN CASO FABRICADO. ellos pueden ESCRIBIR Todo en esos papeles porqué el papel Lo - aguanta. Todo es MENTIRA en ese MEMORANDUM 04 - P- 1245.

(2) EL SISTEMA está cometiendo UN grave ERROR en TENER UNA PERSONA INOCENTE. CON UNA SENTENCIA de 10 AÑOS MANDATORIOS. SIN COMETER NINGÚN DELITO. (INOCENTE)

(3) PRIMERAMENTE LA COMMONWEALTH. ASEGURÓ, que ERAN 62 gramos de COCAINA VENDIDOS en el Apt. 214 HIGH ST. 2do Piso LAWRENCE. y NO 28 gramos.

(4) LA AUTORIDAD - y STATE POLICE JOSÉ ALEJANDRO. NO HAY NADA

②

EXACTO. O SEA. el 21 diciembre 1999.
la COMMONWEALTH. JUNTO CON Los STATE
Police JOSÉ ALEXANDRO. y BRIAN O'neil.

NO HAY NINGUNA PRUEBA de LA VENTA —
SUPUESTA de 62 gramos de COCAINA. Vendida
el día 21 diciembre 1999. en el Apt. 214 HIGH

PERO JOSÉ ALEXANDRO, NO puede explicarle
A LA CORTE, NI STATE police. estos Requisito

① JOSÉ ALEXANDRO. NO TIENE exactamente
NINGUNA CLASE de PRUEBAS del 21 dic 1999.
VEAMOS.

① JOSÉ ALEXANDRO. NO TIENE TESTIGO de ese
día 21 dic 1999. 214 HIGH st. 2do y 50. de LA
VENTA de 62 gramos COCAINA.

② JOSE - NO TIENE NINGUN DOCUMENTO de LA
CORTE AUTORIZADO PARA COMPRAR LOS
62 gramos COCAINA.

③ JOSE A. NO TIENE NINGUN RECIBO de
DINERO. NI MARCADO, NI REGULAR.

④ JOSE A. TAMPO SABE LA CANTIDAD de
DINERO que llevo ESE DIA 21 dic 1999.
PARA COMPRAR LOS 62 gramos COCAINA.
(sigue)

③

⑤ JOSE A. NO SABE tampoco DECIR A
CORTE. Quien le Dio ese DINERO
PARA comPRAR Dicha DROGA. ESAS
EVENTOS. LA CORTE Nunca lo A
INVESTIGADO - ESA CORRupción
de los State police.

⑥ igualmente SE APLiCA Al State
police. BRIAN Oneil! en Sus 3
MESES de CHEQUEO. NO puede
DemoSTRAl A La CORTE Hechos
VERidicos. igualmente, JOSE A.
Son ellos HablAN CON LA BOCA.
Todo es MENTiRA CONTRA mi
PERSONA - JUAN Villar Sánchez

⑦ BRIAN Oneil - VEAMOS
3 MESES CHEQUEO.

⑧ EN ESOS 3 MESES de CHEQUEO, el
STATE police. BRIAN Oneil - NO tiene
AbsoLutAMENTE NADA.

⑨ NO TiENE NiN GUN Documento que
lo AgreditE LegaementE o oficiément
que BRIAN Oneil ERA EN CAR GAdo
de ESA iNVESTiGACiON en LAW REN
Apt. 214 HiGH St. 2º piso.

(10) TAMPOCO BRIAN Onil. TIENE dIAS de NINGUNAS de LAS PERSONAS, que ENTRABAN O SALIAN del Apt. 214 HIGH St. 2do piso.

(11) TAMPOCO TIENE DONDE visitAVA el Tre JUAN) y LOS AMIGOS que FRECUENTAVA y LAS CASA que VISITAVA JUAN. BRIAN Onil. es OTRO MENTIROSO.

(12) TAMPOCO BRIAN Onil. NO SABE DECIR A LA CORTE. de DONDE SACó el DINERO PARA COMPRAR LOS 62 grAMOS de COCAINA. ESTAS COSAS CORRUPTAS ay que PONERLAS EN ORDEN. O ELLOS SIGUIRAN PONIENDO PERSONAS INOCENTE en LA CARCEL.

(13) BRIAN Onil. NO TIENE NINGUNA PruebA que yo JUAN UILLA SANCHEZ. MANEJAVA el CARRO Lumina 1992.

(14) BRIAN — NUNCA PARO ESE CARRO. PARA SABER, quien AndabA GUIANDO —

(15) NO TIENE FOTOS de ESE CARRO

(16) NO TIENE Video.

(17) y en ESE CARRO CHEVROLET 1992. NUNCA SE VENDIO DROGA. O SEA NO HUBO NINGUN DELITO en ESE CARRO.

(18) PARA que el DICEY. ABuSiVAMeNTE
llovarm LA MATRICULA de PRUEUAS
A LA CORTE. ESAS PRUEUAS
FABRICADAS. Ay que TENER
CONSIDERACIÓN y HONESTIDAD.
PARA PARAR ESAS CORRUPCIÓN—

(19) BRIAN ONeil— no tiene ningun Documenti
Autorizado por STATE police. Donde
AUTORIZA BUSCAR AyudA. en OTRA
JURIdiCCIÓN. Donde el STATE
police JOSé ALEXANDRO TRABATA
8 HoRAS.

(20) NO Hay DocumeNTas— tampoco—
SeñALA el DIA que BuSco A—
JOSé ALEXANDRO. NI Tampoco
BRIAN ONeil. ni JOSé ALEXANDRO
pueden DemosTRAR A LA CORTE

(21) NINGUN. podeR DE ESOS —
ACONTECIMIENTOS. SR; CLERK
HAy que HACER JUSTICIA esto
NO ES JuEGO. yo JUAN VillAN SANCH
ESToy Solo en esto PAIZ. NECESIT
AyudA PARA RESOLVER mi CASI
( FABRICADO ).

22) JOSÉ ALEXANDRO — en su testimonio dito. que el dia 21 dic 1999. el dia de la venta de 62 gramos. el aseguro que HABIAN 2 PERSONAS HISPANAS en la venta del 214 HIGH ST. 2do piso

23) ESAS PERSONAS, JOSE ALEXANDRO la siguio el mismo dia 21 dic 1999. HASTA LA CALLE PROSPERT ST. y el otro dia 22 dic 1999. el paro el CARRO MARCA MAZDA BCANCO y TESTIFICO que ERA LA MISMA PERSONA que ESTAVA en el Apt. 214 HIGHST. en la venta de 62 gramos COCAINA.

24) ESAS 2 PERSONAS HISPANAS, SR. CLERK. NUNCA APARECIERON en CORTE. NI TAMPOCO CALLERON PRESO. TAMPOCO el CARRO. Todo eso MISTERIOSO puesto en el Reporte policial —

25) LA COMMONWEALTH. NUNCA A HECHO NADA, PARA AGRARAR esas FALCEDADES dichas por State POLICE JOSE ALEXANDRO. ( IGUAL que Todo )



26) BRIAN Onil - numca le mostro a la Corte - el papel con los Numer Telefonicos y Beeper - de el → R = (JUAN) a la Corte.

27) igualmente José Alexandro - no sabe dia que lo llamó Bdian Onil

28) Sd: Clerk - Este Caso Tiene que IR lejos - Vamos a investigar todas esas irregularidades - para asi aser un proceso legal en este Caso (Fabricado)

29) Sd: Clerk: el 21 dic 1999 - A mi persona, Nadie mee salir ni entrar el dia de la venta 21 dic 1999 - en el Apt. 214 High - lo afirmo Juan Villan Sanchez.

30) Jose A. Escribio en el Reporte policial - que el Hablaba por telefon. con (JUAN) siempre -

31) No HAY NINGUN - Cassette Grabado - donde José Hablaba con (JUAN)

(8)

(32) Como La CommonWEALTH puede ACEPTAR
Solo Con PALABRAS. puestas en un
PAPEL. y La CORTE No EXIGIR LAS
EVIDENCIAS Con CRETAS VERDADERAS
Como se exige en un Juicio Legal
y ASI CONDENARme a 10 AÑOS MANDATORIO

(33) TAMBIEN VAMOS AL día 3 Enero 200?
JOSE ALEXANDRO, LLAMA por Telefono a
( JUAN ) .

(34) Tampoco Hay Pruebas de ese día
3 Enero 2000. NO CASSETTE . (NADA)
TAMPOCO TESTIGO .

(35) EL DIA 4 ENERO 2000. VOLVEMOS
y JOSE ALEXANDRO dice que HABLO con
( JUAN )

(36) Tampoco ese día no Hay Pruebas
que HALLA HoBlado Con mi persona
No EXISTE NADA . 4 Enero 2000

(37) SR. Juez . Lo que HiCieRon
LA VENTA de 125 gramos
COCAINA el 4 Enero 2000 .

sigue



③⑧ Son GORMIA Reyes. JUAN Hernandez

JUAN HERNANDEZ. TENÍA CELULAR
y Biifer. y se fío inmediata
mitrut e de la corte, con la
Suma de $10,000.00 DOLLARS.

③⑨ GERMAN Reyes. y JUAN HERNANDEZ
NUNCA Hicieron ningun Stament
ACUSANDO A MI PERSONA —
JUAN VILLAN SANCHEZ.

④⓪ Yo JUAN VILLAN SANCHEZ. EN
MI ARRESTO. NO TENÍA telefono
celular. y fue un ARRESTO Illegal

ESTO A llegado a mi. PERSONA
UNA PERSECUCION RACISTA
SIN ESCRUPULOS. Todo fue
FABRICADO. PARA poner otro
mas en la Lista. Yo estoy
DANDO este Testimonio y que
Lo RECIBA LA PERSONAS —
ADE CUADAS. PARA que INVESTIGUE
bien este CASO. CORRUPTO

MI MAS ANHELO - QUE SE HAGA
JUSTICIA CCARA - PARA MI PERSONA
JUAN VILLM SAVCHZ. SEA PUESTO EN LIBERTA

TENGO 5 anγ 7 MESES PRESO
SIN NINGUN PROBLEMA ON LA CAIGEL.

INVESTIGUEN y SE DARAN CUENTA
QUE TODO LO QUE ESTA ESCRITO
EN ESTOS PAPELS - ES LA VERDAD

GRACIAS.

JUAN VILLAN SANCHEZ.

8- 11- 05

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

## United States District Court

| | |
|---|---|
| District *of Massachusetts, First Cir* | |
| Name *Juan Villar-Sanchez* | Prisoner No. | Case No. |

Place of Confinement *Plymouth County Correctional Facility*
*86 Long Pond Road*
*Plymouth, Ma 02360 - Held as State Inmate*

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| *Juan Villar-Sanchez* *X Jimi Villar Jan* | V. *Depart of Correction* *Commissioner K. Dennehy* |

The Attorney General of the State of: *Massachusetts*

### PETITION

1. Name and location of court which entered the judgment of conviction under attack *Essex Superior Court.*

2. Date of judgment of conviction *April 4th, 2002*

3. Length of sentence *10 - 10 + 1 day - 1 count 2  5 - 5 +1 Day concurrent total 10 years*

4. Nature of offense involved (all counts)
*Possession of a Controlled Substance*
*Trafficking in a Controlled Substance*

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   *No plea was entered.*

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court - ~~the~~ Mass Appeals Court

(b) Result - Affirmed

(c) Date of result and citation, if known - August 3, 2005

(d) Grounds raised - I Deutification, CRoSS-Ratial I Deutication,

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court   None

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court   None

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐      No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court   None

(2) Nature of proceeding

(3) Grounds raised

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☑

(5) Result _____ *None* _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ *None* _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☑

(5) Result _____ *None* _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.                    Yes ☐        No ☑
(2) Second petition, etc.                   Yes ☐        No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*Counsel never followed up on appeal Rule 28 was I beleived*
*But never brought forward, petitioners records were prepared*
*but no action taken to date —*

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

  Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self−incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _Conviction obtained as a joint venture tactic, against defendant_

Supporting FACTS (state *briefly* without citing cases or law) _The petitioner was charged as a joint matter between local and State Police with regard to a possible conspiracy violation. The petitioner if anything as supported acted as a go-between in the case at hand, wherefore his conviction respectfully of 10 and 5 years where excessive._

B.    Ground two: _Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, and identification._

Supporting FACTS (state *briefly* without citing cases or law) _The application for the warrant was baseless and was not collaborated by any physical evidence as credible informants. Whereas the entire case became a fruit of a poisonous tree matter, as per United States vs-Army, the matter became a one way investigation. The basis for the application to violate emant domain was vague and only set forth ambiguous facts in the matter at hand._

(5)

AO 241 (Rev. 5/85)

C.    Ground three: _Conviction obtained without proper defense, therefore supporting the ineffective assistance Claim_

Supporting FACTS (state *briefly* without citing cases or law) _The petitioner has several motions filed during the case - there are still currently outstanding - the attorney just always stated to either sign papers or follow this way. Defendant needed an interpreter, but aside from that original counsel left mid-way - a plausible defense was never set forth or zealously argued. Counsel violated the Cannons of Ethics numerous times._

D.    Ground four: _Conviction obtained in violation of proper identification procedure._

Supporting FACTS (state *briefly* without citing cases or law) _The officers seized a license not stipulated to be seized in warrant, tried to dupe the petitioner, by using illegally seized item to gain an positive identification while the petitioner was eating at a local restaurant. The officers saw them the place comparing faces to the illegally seized document. This prejudicing the defendant._

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _None currently, but reserved_

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐        No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a)    At preliminary hearing _Ronald J. Ranta, Esquire_

(b)    At arraignment and plea _Lawrence J. McGuire, Attorney at Law_

AO 241 (Rev. 5/85)

(c) At trial ___Laurence J. McGuire_____

(d) At sentencing ___Laurence J. McGuire_____

(e) On appeal ___Laurence J. McGuire_____

(f) In any post–conviction proceeding ___None_____

(g) On appeal from any adverse ruling in a post–conviction proceeding ___Laurence J. McGuire___ on Rule 28 C filing

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____None_____
(b) Give date and length of the above sentence: ___None___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

___Pro - Se_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___8 - 6 - 0 4___
(date)

_____
Signature of Petitioner

(7)