(1)

22-9-05

CASE. 077 CR-0466
4 ENERO 2000.

A LAS AUTORIDADES PERTINENTES - QUE ME PUEDAN AYUDAR A RESOLVER ESTE CASO OSCURO. ESTOY INOCENTE HACIENDO UNA CONDENA DE 10 AÑOS MANDATORIOS - SIN EVIDENCIAS ALGUNAS. HAN OCULTADO MI LIBERTAD POR CASI 6 AÑOS EN PRISION. PERO LAS COSAS VERDADERAS SIEMPRE ESTARAN - PRESENTES - ESTÁ PERSONA ES MI CUÑADA, VIVE EN LAWRENCE, TELEF - 1978 E. 557-9392. ELLA ESTAVA PRESENTE ESE DIA 4 ENERO DEL AÑO 2,000. JUNTO CON MI MADRE, PADRE, FALLECIDO, 2 SOBRINAS, Y MI CUÑADA.

EVELIN

(1) COMENZAMOS LA REALIDAD DE LOS HECHOS. ACONTECIDOS EN ESTE CASO FABRICADO. POR 2 TROOPER EL DIEY, EL JUEZ, Y MI ABOGADO.

(2) ESE DIA 4 ENERO DEL AÑO 2,000 - MI FAMILIA ESTABA EN EL APT. 214 HIGH ST. 2do PISO LAWRENCE. CUANDO EL TROOPEL BRIAN ONEIL, JOSÉ ALEXANDRO, Y UNOS CUANTOS POLICÍAS MAS - QUE NUNCA APARECIERON EN CORTE. A TESTIGUAL CONTRA MI PERSONA, JUAN E. Y

(2)

VILLAR SÁNCHEZ. YO NO SOY ABOGADO PERO REVISANDO Y CHEQUEANDO ES DADO CON LA SOLUCIÓN DE ESTE GRANDE CASO FABRICADO. El DILEMA ESTÁ CLARO AHORA despues de CASI 6 AÑOS PRESO.

BRIAN ONIEL. Y JOSE ALEJANDRO. SUBIERON Al Apt. Despues de ROMPER - LAS - PUERTAS. CON GERMAN Reyes SABINO Y JUAN HERNANDEZ - ACTO Seguido BRIAN ONIEL - le DECIA A mi MADRE IDALINDA VILLAR SÁNCHEZ - SRA, ESE ES SU HIJO. Y mi MADRE, LE - RESPONDIA, QUE NUNCA HABIA VISTO ESA PERSONA, BRIAN ONIEL INSISTIA ESE SU HIJO - ES SU HIJO - BRIAN ONIEL - Le puso de frente a GERMAN Reyes - tambien que - SI LO CONOCIA Y mi MADRE, LE CONTESTO QUE NO LO CONOCIA - mi MADRE LE dijo A BRIAN ONIEL QUE YO ESTABA JUAN VILLAR SÁNCHEZ en el RESTAURANT MARICO del CARIBE DONDE fui ARRESTADO, ILEGALMENTE.

BRIAN ONIEL. TENIA 3 MESES de - CHEQUEO. EN ESE APT. porque el NO ME CONOCIA A mi PERSONA JUAN VILLAR SÁNCHEZ. Y BRIAN

CASE. 077-CR-0466
4 Enero 2000

(3)

Oñil - Cosió una foto - carnet - licencia de Puerto Rico - para poder arrestarme inocentemente porqué ami ningun policia me conoce. porqué mi persona Juan Villan - numca a estado envolvgrado en caso de ningona indole, fuera de la ley. Brian Oñil - José Alexandro y la Commonwealth - no puedon presental ninguna evidencia en mi contra, ya que todo a - sido fabricado - y dicho por la boca - Hay que investigal todo esto - para asi sacar a una persona inocente - a la calle. Yo seguire escribiendo hasta que alguien de las Autoridad se conduela, y mande a investigal todo acerca de este caso. Lo que estoy pidiendo en esta - petición - es real - por favor Ayudeme - Dios está arriba mirando. Tenga piedad. Necesito justicia, pero limpia! mi familia, y yo mi persona - estaremos agradecidos toda la vida. En espera (gracias)

Atten. Juan Villan Sanchez
20/9/05.

077 CR 0466
4 Enero 2003

ESTÁ PETICIÓN Y HECHOS REALES DE ESTE CASO. 077 CR. 0466. LA - ES ESCRITO CON TODO RESPECTO A SU SEÑORIA JUEZ. NATHANIEL M. GORTON PARA QUE SE RESPETE, LA CONSTITUCION DE ESTE PAIZ - Y NO SIGAN ATROPELLANDO PERSONAS INOCENTE INVOLUCRADAS EN ESTE CASO FABRICADO, PARA ASÍ, LOS TROOPER JOSÉ ALEXANDRO, Y BRIAN ONIL QUEDAL BIEN CON SU TRABAJO. NO PODEMOS QUÉ POLICÍAS COMO JOSÉ, BRIAN, QUÉ LE HAN MENTIDO A LA CORTE SUPERIOL NO SE SABE CUANTAS VECES - SIGAN EN LA INSTITUCIÓN DEL ORDEN. SU SEÑORÍA RESPECTUOSAMENTE MI PERSONA JUAN VILLAR SANCHEZ, NO LO VOY A - DEFRAUDAR - PORQUÉ TODO LO QUÉ ESTÁ ESCRITO ES VERDAD Y REAL, LO UNICO ES INVESTIGAL LA REALIDAD PUNTO POR PUNTO, REPORTE ORIGINAL FECHAS ETC. Y QUE TODO LO QUE LA POLICÍA Y LA COMMONWEALTH! PUSIERON EN SU REPORTE. QUE SEA PROBADO. PALABRAS ESCRITAS - (PRUEBAS). NO DE BOCA.

(GRACIAS)

20 - 9 - 05 JUAN VILLAR SÁNCHEZ

077 - CR - 0466
4 Enero 2002

20-9-05

El Apio ahora va a la Suprema Corte de Justicia -

Tambien tengo una peticion de Harbeas Corpus.
CASE. # 1:04-CV-11811-NMG.
United States District Court.
Boston.
y usted está Asignado.
Judge - NATHANIEL M. GORTON.

Con todo el Respecto que Usted se merece.

Atten.

Juan Villa Sanchez

20-9-05

DEAR CLERK - (1) 18 - 9 - 2005

SINCERAMENTE escribo - porqué esto caso - no puede quedal impune. esto no lo pueden ocultal. este caso es muy importante, y necesito urgente, qué se me oiga - esto no es juego, estoy luchando hace 5 años y 8 meses - en un juego que nadie me ofrece su ayuda - estoy pidiendo (Justicia) es lo único que quiero que se haga en esto caso. fabricado.

SUPERIOR COURT
DOCKET = 077 CR 0464.

4 Enero 2003
CASE.
Docket. 077 - CR 0464

MINICIOSAMENTE LA COMMON WEALTH -

EN el Reporte policiAL - LAWRENCE POLICE DEPARTAMENT. DICE que mi ARRESTO fue LOCATIÓN - (218 HIGH ST.)

(1) El TROOPER BRIAN ONEIL - DECIA CLARAMENTE A todos los policias - Agarramos a (JUAN) Tenemos a (JUAN).

CLERK: mi ARRESTO fué en el MARISCO del CARIBE en SOUTH LAWRENCE. JUAN E.U.S

(2) CLERK: LA ESTATURA MIA es 5,9 - y no 6,2 o 6,3 como AFIRMO el TROOPER JOSÉ ALEXANDRO.

(3) CLERK: OTRA COSA MY importante - NUMCA MENCIONADA. LA COMMONWEALTH, MANDO DIRECTAMENTE el WARRANT a NOMBRE de (JUAN HERNANDEZ) a mi Apt. 214 HIGH St. 2do piso. LAWRENCE.)

(4) ESPECIFICANDO LA CORTE. Qué (JUAN HERNANDEZ) VIVIA en dicho Apt. TAMBIEN esta en el Reporte policial. Qué GERMAN Reyes SABINO TAMBIEN VIVIA en el 214 HIGH St. 2do piso LAWRENCE, MA 01841

DOKET - 077 - CR 0469. Y ENERO 2000 CASE

(5) El WARRANT - A NOMBRE de (JUAN HERNANDEZ. MANDADO en MARZO 2000 LA CORTE, NI ABOGADO NUMCA HAN Hecho que ese WARAANT. (APARESCA.)

(6) TAMPOCO El WARRANT - DEJADO en LA MESA el dia 4 ENERO 2000, por el TROOPER BRIAN Onel - (MENTIROSO). ESE WARRANT NO HAY ORIGINAL, ni tampoco tiene DOCKERT NO: -

(7) JUAN HERNANDEZ, Media de ESTATURA, 6,2, 6,3 - y no Como pusieron y FALSIFICARON los papeles de JUAN HERNANDEZ. STATURA, 5,7.

(8) TAMPOCO SE EXPLICA QUE TODAS ESAS NORMALIAS EN MI CASO - Y - NADIE HACE NADA POR ACLARALLAS MANDO, CARTAS, Y CARTAS - POR FAVOR VAMOS A DESTAPAR LOS CRIMINALES ENVUELTOS EN ESTE CASO OSCURO.

(9) LE MANDO ESAS COPIAS - PARA QUE SE DEN CUENTA QUE TODO LO QUE DIGO ES CIERTO. LA COMMONWEALTH NO PUEDE HACER UN REPORTE POLICIAL - NI HACER MEMORANDUM DE APIO - ESCRIBIENDO EN ESOS PAPELES - QUE LOS PAPELES, IGUAL QUE LA BOCA -

(1) LA BOCA, LO DICE TODO - O LA BOCA LO HABLA TODO. (PERO ESOS PAPELES ESTAN ESCRITO EN REPORTE POLICIAL - Y EL MEMORANDUM DEL APIO - (CON LA BOCA). LA COMMONWEALTH NO PUEDE PROBAL NADA - YA QUE TODO ES FALSO - (Y ABSOLUTAMENTE NADA APARECE NI APARECERIA NUNCA - VAMOS HACER QUE LA COMMONWEALTH ASEGURE, Y DEMUSTRE LOS QUE DICEN EL REPORTE POLICIAL Y EL MEMORANDUM - LA COMMONWEALTH. ESPECIFICANDO PALABRAS POR PALABRAS - Y MOSTRANDO LAS PRUEBAS A LAS AUTORIDADES LEGALES.

DOCKET. 077-CR 0464. 4 ENERO 2000 CASE

(4)

(2) EJEMBLOS - LA COMMONWEALTH - EN el MEMORANDUM. dice ASEGURA - que el Trooper JOSÉ ALEXANDRO - SE COMUNICABA por telefono CON (JUAN)

(1) EJEM.

(1) NO APARECE telefono celular - ni tampoco APARECE de LA COMPAÑIA de Telefono ( - NINGUN RECORD - (NO APARECE NINGUNA GRAVACIÓN -) EN CONTRA de mi PERSONA JUAN VILLAR SANCHEZ.

DOCKET - 077 - CR 04466
K Enero 2000
CASE

(2) PERO LA COMMONWEALTH - ASEGURO ante del Juicio que si tenia Todas esas pruebas en mi CONTRA - (JUAN VILLAR SANCHEZ) (video - (RETRATOS O FOTOS) GRAVACIONES) y 2 papeles con los NUMEROS telefonicos de mi PERSONA (JUAN VILLAR SANCHEZ) - y UN PAPER CON el NUMEROS Telefonicos dado por (JUAN) a el TROOPER JOSE ALEXANDRO. (NADA de ESO APARECIO EN LA CORTE. NI APARECERA.)

(3) SEGUIMOS CON el CASO FABRICADO - JOSÉ ALEXANDRO - ASEGURO EN SU - TESTIMONIO. Que HABIAN 2 HISPANO el dia de LA VENTA de los 62 gramos de COCAINA, el 21 dic 1999. en el Apt 214 HIGH ST. 2do PISO. CLERK -

(5)

(4) ESOS 2 HISPANOS - NUNCA APARECIERON EN CORTE. NI TAMPOCO PRESOS. NI EL CARRO MARCA MAZDA BLANCO 1992.) TAMPOCO APARECIO. (INVISIBLE) Todo esto.)

(5) MRS CLERK: TAMPOCO HAY EVIDENCIAS QUE JOSÉ ALEXANDRO, ESTUVO CONVERSANDO CON MI PERSONA JUAN VILLAN SANCHEZ. EN LA CALLE HIGH ST. MR CLERK. NO HAY DIA REGISTRADO, TAMPOCO FOTOS DE ESE DIA, NADA ABSOLUTO.

(6) DE CASI 15 O 20 POLICIAS SR: CLERK. NINGUNO APARECIO EN LA CORTE A - DECLARAR CONTRA MI PERSONA - JUAN VILLAN SÁNCHEZ.) NI LO QUE ME ARRESTARON EL DIA 4 ENERO 2000 - NI LOS QUE DESTRUYERON EL APT. 214 HIGH ST. 2do PISO. - BUSCANDO DROGA) Y NO HALLARON NADA).

(7) SI HALLARON SR CLERK: (DINERO) Ilegal Que NUNCA LO PUSIERON EN EL REPORTE.

(8) LA SUMA DE $1,500.00 DOLLARS. EXTRAIDO DE LA MALETA DE MI PADRE, QUE ESTABA DE VISITAS JUNTO A MI MADRE.

DOCKET: 077-CR-0466
4 ENERO 2000
CASO

(6)

(9) TAMBIEN LA SUMA de $300.00 DOLLARS. COJIDO DE UN SACO. EN UN CLOSET dee Apt. 214 HIGH St. 2do piso.

(10) MÁS $100.00 DOLLARS. ABRIERON LA CARTERA de MI CUÑADA EVELIN Delgado QUE TAMBIEN estaba esA TARde en el Apt. JUNTO A MI 2 SOBRINAS.

(11) TOdAS ESAS FECHORIÁS, NUNCA AN-SALIdo A La Luz publica.

(12) IGUAlMENTE el TROOPER BRIAN ONiel. ESE díA 4 ENERO 2000 - Rompio CON SU FUERZA POLICIAl - LA PUERTA PRINCIPAl, y LA PUERTA del Apt. dee 2do piso. dee 214 HIGH St. y BRIAN Oniel Aseguro Que no Habia - NINGUNA PERSONA en dicho Apt - y si ESTAVA PRESENTE ESE DíA 4 ENER 2000, Mi papá, mi mamá, 2 SObRiÑAS y EVELIN DElGado, Que Sabe PERFECTAMENTE ENGLISH. Le PREGUNTO A BRIAN Oniel por el WARRANT - y BRIAN Oniel Le CONTESTO, Que el Habia deJado el WARRANT ARRIBA de LA MESA de LA COCINA.

ESE WARRANT - NUNCA APARECIÓ en el Apt. 214 HIGH St. 2do piso.

DOCKET. 077 CR 0466 4 ENERO 2000 CASE

(7)

MRS. CLERS - todas ESAS MENTIRAS y FALSIFICACIÓN de DOCUMENTOS POLICIAL, NUNCA AN SALIDO DE FLOTE. HAY QUE RESOLVER ESTAS TRAMPAS CONTRA PERSONA DECENTE y TAMBIÉN (INOCENTE). VAN A SER 6 AÑOS - y NADIE HACE NADA POR MI PERSONA. (JUAN VILLAS SANCHEZ)

HAY QUE A SER, QUÉ PRUEBEN LEGAL EL REPORTE POLICIAL Y AL MEMORADUM APIO - PUNTO - POR PUNTO - LOS DE LA COMMONWEALTH. PARA ACABAR CON ESTE FRAUDE - EN ESTE CASO FABRICADO.

SEGUIMOS CON LO DEL CASO - TODO ES IGUAL. NO HAY EVIDENCIA EN NINGÚN ASPECTO.

BRIAN ONEIL - ASEGURO A LA CORTE - QUE EN SU INVESTIGACIÓN EN EL APT. 214 HIGH ST. 2do PISO LAWRENCE. VEÍA AL TAL JUAN MANEJANDO EL CARRO MARCA CHEVROLET LUMINA 1992. REGISTRADO LEGALMENTE A MI NOMBRE.

BRIAN ONEIL - NI LA CORTE - PUEDEN PROVAR NADA. QUÉ PASÓ EN

DOCKET 077-CR 0466
HENERO 2002
CASE.

(8)

ESE CARRO - CLERK - NO SE VENDIO DROGA. NI SE COMETIO NINGUN DELITO. TAMPOCO BRIAN Oneil. PARO el CARRO PARA SABER Quien MANETAVA dicho CARRO CHEVROLET, TAMPOCO COJIO UNA - FOTO, NI VIDEO - NADA - de PRUEBA. CLERK - El CARRO CHEVROLET Lumina NUNCA FUE INCAUTADO por LA POLICIA. NI NADA, NI APT. 214 HIGH ST. TAMPOCO. MRS. CLERK. Todo lo de mi PERSONA ES Legal en este PAIZ. TRABAJANDO TENGO INCONTAD AÑO por AÑO desde 1989. HASTA el 2000. WORK.

CLERK: Todo esto es ASI - Como se lo ESCRIBO y le mando esta's NOTAS VERDADERAS.

CLERK: BRIAN Oneil, NO podemos que oficiales CORRUPTOS - esten en el mando policial - HACIENDO ESAS FECHORIAS!

CLERK: BRIAN Oneil no tiene - Documento policial Ni Documento TAMPOCO por LA CORTE - Donde Diga VERDADERAMENTE - Que el oficial BRIAN Oneil - ERA ENCARGADO de LA INVESTIGACION del Apt. 214

Docket: 077 - CR - 0466
ENERO 2000.
CASE

HIGH ST. 2do piso en Lawrence. no Tiene Brian, tampoco ningún — Documento oficial de State Trooper dirijido a su oficial Brian Oneil. Brian Oneil. Tampoco Tiene — Documento oficial donde Busca — Ayuda policiaca. Esas corrupciones vamos a Desta pailas. ya. está bueno de que sigan haciendo lo que le da la gana esos 2 oficiale.

Brian Oneil - no Tiene ninguna prueba en los 3 meses de chequeo del Apt. 214 High St. 2do piso -

Brian Oneil. No sabe el día — que comenzó la investigación. ni el día que llamó su aliado José Alexandro. yo quiero que se busque la verdad. vamos a ver donde están Todas esas pruebas. para una persona (Inocente siga preso).

Brian Oneil. MRS. CLERK.

No sabe de donde saco el — dinero de los 62 gramos cocaina del 21 dic 1999. MR CLERK.

Docket. 077 CR-0466
4 Enero 2000
CASE

Doket 077 CR. 0466
4 Enero 2000
CASE

BRIAN Oniel. tampoco tiene Recibo de dinero ni REGULAR. ni MARCADO. ni TAMPOCO le SABE EXPLICAL a Los del Stado. de donde SACO BRIAN Oniel ese dinero (SUCIO.)

iguALMENTE JOSÉ ALEXANDRO. LAS MISMAS FECHORÍAS. combiNADAS entre ellos 2 trooper.

CLERK. VAMOS ALCLARALLAS PALA que ASÍ SE HAGA JUSTICIA. y SALGA UNA PERSONA INOCENTE ACA CALLE. ESTAS Realidades SON VERDADERAS. HAY que ACTUAL- y Todos los papeles Hay que ASE-GURAISE de LAS Fechas. y que SEAN Originales. y qué esten aceptadas en los Libros con la MISMA Fecha. Así es. Cada PAPEL O DOCUMENTO OFICIAL dado por BRIAN Oniel. es FALSO. CLERK. TRATAL de BUSCAR LA INFORMACIÓN CORRECTA. de DEPARTAMENTO QUE LE PERTENECE dicho DOCUMENTO Legal. Hecho por BRIAN Oniel.

(11)

CLERK: BRIAN Oneil - No tiene en su RECORD de APUNTE, de CADA dia LAS PERSONAS, QUE VISITAUAN O — FRECUENTAUAN el Apt. 214 HIGH st. 2do piso. TAMPOCO tiene nombres de NINGUNA PERSONA AMIGA - O de los ComPRAdoRES de DROGA que se DIRIGIAN Al Apt. 214 HIGH St. 2do piso. en LAWRENCE. BRIAN NO PUEDE NI TIENE PRUEBAS - PARA PRESENTALLAS A LAS Autoridades PERTINENTES.

CLERK: Como se puede dejar UNA PERSONA (INOCENTE). presa - Como - Aqui escribo escribo - pero Alguien me Ayudara, a DEScubRIl La Verdad. de Este CASO. He querido Hacer LAS COSAS BUENAS - EN ESTE PAIZ. y LA CONFUSION (ME A TRAIDO A 10 AÑOS MANDATORIOS - SIN yo poder Hacer NADA. Quiero Ayuda, mucha AyuDA, y COMENZAI punto por punto. ASEGURANdo lo que dicen - Los TROOPER y LA COMMONWEALTH. dicen - Bueno Busquen LAS pruebas - y ASI — SABREMOS LA VERDAD - de ESTE CASO. HAY muchas LAGUNAS OCULTAS.

Docket - 077 - CR - 0466
Enero 2000
CASE

DEME LA MANO - MRS CLERK - CON Todo su Respecto - IR DIRECTO A LA CORTE SUPERIOR de CASO NO. DOCKET - 077-CR 0464.

y EXIGIR LE LAS PRUEBAS A LA CORTE. de Todo Lo que dice el Reporte policial y el memoradum del Apio! y que todos Los Documentos SEAN ORIGINALES y ESTEN ACENTADOS EN LOS Libros - CON LAS MISMAS - Fechas de Los ACONTECIMIENTOS -

Docket. 077-CR 0466 ENERO 2002 [illegible]

EN ESPERA de su Respuesta. y su GRAN COLABORACION de Todos Lo de Buena Fe. y Lo que TRABAJAN para LA Comunidad SERIAMENTE para AYUDAR Al prosimo - y - LAS PERSONAS DESVALIDAS - que NO TIENEN quien Los Ayude - A ACLARAR su CASO. NECESITO yo JUAN VILLAN SANCHEZ. HONESTIDAD y Lealtad a la constitucion de este PAIZ. SEA RESPECTADA. yo JUAN VILLAN SANCHEZ. Doy FE. que Todo Lo que dice estos - Documentos es CIERTO.

ATTEM. JUAN VILLAN Sanchez.

18-9-2005.

487

# Lawrence Police Department

Cell #: 6

**Booking Report**

Log Number: 00000254 I.D.# 0N032392

Date of Arrest: 1-4-00 Time of Booking: 18:25

Location of Arrest: 218 HIGH ST.

Arresting Officer(s): P.T.F.

| Last Name: Villar-Sanchez | First: Juan | M.I.: |
|---|---|---|
| Alias/Nickname Last: | First: | M.I.: |
| Last: | First: | M.I.: |

| D.O.B.: 12-22-55 | Age: 45 | SS No: 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 | A/J: |
|---|---|---|---|
| Street No.: 214 | Street Name: High | | |

| City: Lawrence | State: MA | Zip Code: 01841 |
|---|---|---|

| Sex: M | Hgt.: 5 9 | Wgt.: 197 | Race: | Eth.: Hisp |
|---|---|---|---|---|
| Hair: Black | Eyes: Brown | Bld.: Medium | Skin: light | |

Scars, Marks, Tatoos: N/A

| Photos? (Y/N) YES | Fingerprints? (Y/N) YES |
|---|---|
| Place Of Birth: Dominican Republic | Occupation: ~~Sa...~~ Unemployed |
| Father's Name: Juan Villar | Mother's Name: Hidalinda Sanchez |

**Charges:**

Distrabution Class B 2 cts.
Trafficking over 28 Grams Cocaine
Trafficking over 100 Grams Cocaine
Trafficking Cocaine School Zone

Right Thumbprint

**Bail/Release Data:**

| Bail Set by: | Amount: |
|---|---|
| Bailed by/Released to: | Date/Time Released/Transferred: |



**MASSACHUSETTS STATE POLICE**

S.S.No. 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

Name Juan Villar-Sanchez

Alias

Residence 214 High St 2nd Law MA

Crime TRAFF B+ING - DIST B

D.O.B. 12-22-55 Height 5'9"

Weight 197 Build MED

Hair Blk Eyes BRO

Color BRO Comp. Light

Birthplace Dom Rep

Occupation None

Date of Arrest 1-4-00

Officer Tpr. BRIAN O'Neil #1665

Drug Cocaine

**MASSACHUSETTS STATE POLICE**

S.S.No. ?

Name Juan Hernandez

Alias

Residence ? Bailey st Law MA

Crime TRAFF B+ING - DIST B

D.O.B. 12-13-66 Height 5'7"

Weight 185 Build MED

Hair Blk Eyes BRO

Color Bro Comp. MED

Birthplace Dom Rep.

Occupation None

Date of Arrest 1-4-00

Officer Tpr. BRIAN O'Neil #1669

Drug Cocaine

**MASSACHUSETTS STATE POLICE**

S.S.No. 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

Name Herman Reyes Sabino

Alias

Residence 214 High St 2nd Law MA

Crime TRAFF B+ING DIST B

D.O.B. 11-17-72 Height 5'7"

Weight 160 Build MED

Hair Blk Eyes BRO

Color BRO Comp. MED

Birthplace Dom Rep.

Occupation None

Date of Arrest 1-4-00

Officer Tpr. BRIAN O'Neil #1669

Drug Cocaine

attn: United STATES District Court
OFFICE OF THE CLERK # 2300
One Courthouse Way
BOSTON MA 02210

Re. Juan E. VILLAR Sanchez
P.C.C.F E1 # 101
26 Long pond Road
plymouth - MA 02360 Date 17-9-2005

Dear CLERKS OFFICE
please at, THE COURTS earliest - CONVENIENCE FILE and docket THE - PETITIONERS. Motion Filed under THE following TITLE 42 U. S. C. a. 2254. IN ACCORDANCE THE PETITIONER HAS EXECUTED FORM AO-240. - Respectfully, PLEASE Find Said MOTION To be IN Filing Order. THANK you for YOUR Time AND ASSISTANCE.

THANK you for your Time and Conside RATION IN THIS matter.

cc/U-S-D-C- Rm. 2300 x

Respectfully
Juan Villar Sanchez
Juan E. Villar Sanchez
PRO - Se

(2)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Juan-Villar-Sanchez

**DEFENDANTS** Department of Correction; Commissioner K. Dennehy; Commonwealth of Massachusetts

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 50 Maple St Ma[illegible]
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Pro-Se
X Juan Villar Sanchez

ATTORNEYS (IF KNOWN) –

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Title 42 U.S.C.A. 2254 - illegal incarceration - based on false conviction
X - Juan Villar Sanchez

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE ____________ DOCKET NUMBER ____________

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

(3)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) William Sanchez -v- Department of Correction

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

X IV. 220, 422, 423, 430, 460, 510, (530), 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

42. U.S.C.A. 2254

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

YES (NO)

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

YES (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

(YES) NO

A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

(EASTERN DIVISION) CENTRAL DIVISION WESTERN DIVISION

B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

EASTERN DIVISION CENTRAL DIVISION WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ______

ADDRESS ______

TELEPHONE NO. [signature]

(Cover sheet local.wpd - 11/27/00)

AO 240 (Rev. 9/96)

(4)

# UNITED STATES DISTRICT COURT

First Circuit District of Massachusetts

Juan Villar-Sanchez,
Plaintiff

V.

Department of Correction,
Commonwealth of Massachusetts
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Juan Villar-Sanchez declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Plymouth County Correctional Facility

   Are you employed at the institution? Yes Do you receive any payment from the No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. — 2001

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



## CERTIFICATE OF SERVICE

I, Juan Villar Sanchez, hereby certify that I have this day served the foregoing Motion for 2254 to the First Circuit Court

by mailing, first class, postage pre-paid, copies of same to United States Courthouse on One Courthouse Way in Boston.

Dated: 8-6-04

Juan Villar Sanchez, Pro Se

m/ U.S.C.C. ... / Pers. Fil.

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District of Massachusetts First Cir |
|---|---|
| Name Juan Villar-Sanchez | Prisoner No. / Case No. |
| Place of Confinement Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Ma 02360 - Held as State Inmate | |
| Name of Petitioner (include name under which convicted) Juan Villar-Sanchez / X Juan Villar Sanchez | Name of Respondent (authorized person having custody of petitioner) v. Depart of Correction - Commissioner K. Dennehy |
| The Attorney General of the State of: Massachusetts | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Essex Superior Court.

2. Date of judgment of conviction April 4th, 2002

3. Length of sentence 10 - 10 & 1 day - / - count 2 5 - 5 + 1 Day concurrent total 10 years

4. Nature of offense involved (all counts) Possesion of a Controlled Substance; Trafficking in a Controlled Substance

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: No plea was entered

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(7)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court None

(b) Result

(c) Date of result and citation, if known

(d) Grounds raised

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court None

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court None

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court None

(2) Nature of proceeding

(3) Grounds raised

8

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result None

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court None

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result None

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☒
(2) Second petition, etc. Yes ☐ No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
Counsel never followed up on appeal Rule 28 was Docketed But never brought forward, petitioners records were prepared But no action Taken to date –

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(9)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: Conviction obtained as a joint venture tactic, against defendant

Supporting FACTS (state *briefly* without citing cases or law) The petitioner was charged as a joint matter between local and State Police with regard to a possible conspiracy violation. The petitioner if anything as supported acted as a go-between in the case at hand, wherefore his conviction respectfully of 10 and 5 years where excessive.

B. Ground two: Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, and identification

Supporting FACTS (state *briefly* without citing cases or law) The application for the warrant was baseless and was not collaborated by any physical evidence or credible informants. Wheras the entire case became a fruit of a poisonous tree matter, as per United States vs-Avery, the matter became a one way investigation. The bases for the application to violate smart domain was vague and only set forth ambiguous facts in the matter at hand.

(10)

AO 241 (Rev. 5/85)

C. Ground three: Conviction obtained without proper defense, therefore supporting the ineffective assistance claim

Supporting FACTS (state *briefly* without citing cases or law) The petitioner has several motions filed during the case - that are still currently outstanding - the attorney just always stated to either sign papers or follow his way. Defendant needed an interpreter, but aside from that original counsel left mid-way - a plausible defense was never set forth or zealously argued. Counsel violated the Canons of Ethics numerous times.

D. Ground four: Conviction obtained in violation of proper identification procedure.

Supporting FACTS (state *briefly* without citing cases or law) The officers seized a license not stipulated to be seized in warrant, tried to dupe the petitioner, By using illegally seized item to gain an positive identification while the petitioner was eating at a local restaurant. The officers ran threw the place comparing faces to the illegally seized document. Thus prejudicing the defendant.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: None currently, But Reserved

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Ronald J. Rauta, Esquire

(b) At arraignment and plea Lawrence J. McGuire, Attorney at Law

11

AO 241 (Rev. 5/85)

(c) At trial Lawrence J. McGuire

(d) At sentencing Lawrence J. McGuire

(e) On appeal Lawrence J. McGuire

(f) In any post–conviction proceeding None

(g) On appeal from any adverse ruling in a post–conviction proceeding Lawrence J. McGuire on Rule 28 filing

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: None

(b) Give date and length of the above sentence: None

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Pro-Se

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

(date)

17-9-2005

Signature of Petitioner Sua Sponte