2-9-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)
Civil Docket for Case #1:04-cv-11811-NMG

APPEALS COURT #2004-P-1245

Dear Clerk:

I Juan E. Villar-Sanchez sent a Petition on 8-6-04 Motion Filed under the following title, 42 U.S.C.A. 2254. Now its a year and I do not know the status on the case number #1:04-CV-11811-NMG. I'm the Petitioner Juan Villar-Sanchez vs Respondent Joseph Mc Donough "Sheriff of Plymouth county".

I am representing myself in this case. Please send me the information on what happened in my case. Also if I have to make another step send me the info. So I can proceed with the case. Or if the case is closed please let me know. I tried to resolve this problem going by the people that are involved in this case for the simple reason there is no such evidence in the case. I need to know what is written in Police Report #1669 and in the Appeals court no. 2004-P-1245. There is no proof what is written by the commonwealth. Everything is false, here I explain all the facts in my case.

Clerk: Brian One. 1, Jose Alexandro 2 Police troopers lie to the courts. I donot know how many times. First of all never checked trooper Brian Oneil nor Jose Alexandro testemony in the Police Report #1669. Appeals court #204-P-1245. All this never came about in the trial court or the Appeals court. These are the false statements Trooper Brian Oneil and Jose Alexandro made. 3 month of the investigation officer Brian Oneil

FOR CASE 1:04-CV-11811 NMG.

Does not have any document given by any officers ~~superios~~ superiors from Lawrence MA. Nor do they have the exact days when the investigation started. Nor do they any legal documents of when the investigation started. Brian Oneil sent for officer Jose Alexandro for the investigation 214 high St 2nd Floor Lawrence MA. Brian Oneil does not have a notebook and forgot his pen to write the 3 months investigation day for day. He did not know how to begin to tell the court how the investigation started. Brian Oneil gave Jose Alexandro Juan Sanchez's cell phone number, etc. The papers with the phone numbers never showed up in court. Jose Alexandro didn't have paper with the numbers either. Brian Oneal in his police report also put that he seen Juan Sanchez driving the car chevy lumina 1992. Oneil never stoped the car to see who was driving. They do not have any video or pictures of the car. Nothing showed up in court either. Oneil left a warrant on the kitchen table of Mr. Sanchez's house on 1-4-2000. The alledged warrant was never left. In court the original warrant never showed up. Oneil did not know where he got the money for the 62 grams of cocaine. But Dec. 21 of 1999 at 214 High St. 2nd Floor. Bought by Jose Alexhandro But Alexandro did not know how much money he had or who gave him the money to buy the 62 grams of cocaine. No receipt or marked money showed up in court. In Jose Alexandro's testimony page 145 says Mr. Sanchez height was 6'2" - 6'3" I Mr Sanchez Height is 5'9"

Clerk: Dec. 21st 1999 Jose Alexandro was sure that their were two Hispanics in the white mazda that sold him the 62 grams of cocaine. And Jose followed them that same day Dec 21st 1999 to the end of Prospect St. in Lawrence. On Dec 22nd, 1999 he stoped a white mazda (year 1990) on Prospect St. And he was sure it was the same two men that sold him the 62 grams of cocaine the day before (Dec 21st 1999) at 214 High St 2nd Floor. These two Hispanic were never arrested, never appeared in court, nor the the 1990 white mazda was never impounded.

Jose Alexandro and Brian One.l Mr. Sanchez has never seen them in his life. Officer Alexandro working another Jurisdiction also, How is it possible to work two places at once. (Its illeagle). Officer Brian One.l does not not have any leagle documents saying that he needed another officer from another Jurisdiction. Why does he have to go to another Jurisdiction to get a police officer when there are so many officers in Lawrence. Juan Sanchez feels that he is innocent, He has been incarserated 5 years and 9 months. And no one will help him get back to society. Everything about his arrest and conviction were false. The State violated his constitutionaly rights. Everything in the case was hear say. There was no physical evidence. Example: They said they called mr. Sanchez everyday. But there were no phone records, or recordings in court. In officer Alexandro's testamony said he spoke with mr Sanchez on High St. And he said that Mr Sanchez invited him to 214 HighSt 2nd Floor

(4)

All that was said by officer Jose Alexandro Does not show up in court, no date, time, no pictures no video or recordings, And no other police officers as witness. This whole case was based on what the police officer wrote in the report #1669 And the Appeel Court 204-P-1245. But there was no Evidence to prove any of this. So how is it possible for a Jury to find me guilty when there is no solid Evidence (Justice). I feel like Justice was not served. Could you please investigate about the things I am telling you. So you can your findings to the Judge. To prove the Mr Sanchez telling the truth and is wrongly incarserated. And please review all the transcripts of the case so that Mr Sanchez may have a fair trial, And return to the community a free man. Please Everything I say in these papers is the truth. Thank you for your time And consideration,

Sincerely
Jose Villa Sanchez

2-9-05