04-11811

United States District Court
1 Courthouse Way, Suite 2300
Office of the Clerk   Boston, MA 02210

Appeal - 2004-P-1345

Dear Clerk - I writing you in respect to my Appeal # 2004-P-1345.
I can not understand, how it is possible that all this can happen to the Spanish population, that is why we have to make a stop, to clear me of this Accusation and bring the Thruth to the light, in my Appeal No. 2004-P-1345.
Mr Clerk - in all the evidence that the Commonwealth has, no evidence of the Accusations against me, on that matter, on my case # 077CR0464, and also in the memorandum # 204-P-1345.
For Example: in Detail.
The police man (Trooper) José Alesandro states in the memorandum #204-P-1345. He pecifies very clearly that the Trooper José Alesandro, called by a cellular phone, or by a private phone to the house of Mr. Juan Villar Sánchez therefore, there is not in the evidence, any cellular phone, recordings of the calls, or any phone numbers, that could be intercepted by the police. (At the investigation). That is the Commonwealth problem, They are unable to prove any of the calls, thru real evidence.
All this is has been fabricated by the police, the DA, and the Judge, to indicted me and punished, (me). on Innocent man.
Mr. Clerk - am asking your to lend a way.

Thru a motion, or any thing, that you think, that can bring the truth, and will be able to clear me of this case.

Thank you.

Juan villm [signature] — Urgent.

(a montion to supress or no evidence)

9-3-2005.

( INNOCENT
Juan villm [signature] )