9-9-05

Dear Clerk,

I Juan E. Villar-Sanchez sent a petition on Aug. 6, 2004 motion filed under the following tithe, 42 U.S.C.A 2254. Now it's a year and I do not know the status on the case Number # 1:04-cv-11811-N.MG. I'm the Petitioner Juan Villar-Sanutez Vs. Respondent Joseph McDonouh "Sheriff of Plymouth county. I'm Representing myself in this case Please send me the information on what happaned in my case. Also if I have to make another step send me the info. so I can proceed with the case. or if the case is closed. Please let me know. I tried to resolve this problem going by the people that are involved in this case for the simple reason there is no such evidence in the case. I need to know what is written in police Report # 1669 and in the Appeals court No. 204-p-1245 there is no proof what is written by the Commonwealth. Every thing is false. Here I explain all the facts in my case. Clerk. Brian Oneil Jose Alexandro 2 police Troopers. lie to the courts. I do not checked Trooper Brian Oneil nor Jose Alexandro

Testemony in The Police Report.
#1669. Appeals court. N° 204-p-1245
All This Never came in the Trial
court or The Appeals court. These
Are The False statements Trooper
Brian Oneil and José Alexandro made.
3 month of the Investigation Officer
Brian Oneil. Does not have any
document given by any officers
Superiors from Lawrence MA, nor do
~~[redacted]~~.
They Have The exciet days documents
of when the investigation started, nor do they any Legec
documents of when The investigation started. Brian
Oneil Sent For officer Jose Alexandro For the
investigation 214 High St 2nd Floor Lawrence ma
Brian oneil Dose Not have a Notebook, and
Forgot his Pen to Write The 3 month's investigation
day for day. He did not know how to begin to tell
the court how the investigation started. Brian Oneil,
Jose Alexandro, Juan Sanchez Cell Phone Number,
Never Should in court. Jose Alexandro didn't have
Paper the Report also Put that He Seen Juan V Sanch
driving the car Chevrolet Lumina 1992.
Oniel Never Stoyed the car to See who was driving,
They do Not have any Video, or Pictures of the car
Nothing Showed up in court & then, oniel

(3)   7-9-05

Clerk: Dec. 21st 1999 Jose Alexandro was sure that their was In the white Mazda that Sold him the 62 Gram's of Cocaine, and Jose followed them that Sameday ———
Dec 21st 1999 to the end of Prospect St. in Lawerance on Dec 22nd 1999 he Stoped a white Mazda ("year 1990") on Prospect St and He was Sure it was the same two men that Sold him the 62 grams of Cocaine the day before (Dec 21st 1999) at 214 High St 2nd Floor. These two Hispanic Were Never arrested Never Afeared in court Nor the 1990 white Mazda was Wever impounded. ———
Jose Alexandro and Brian oneil mr Sanchez has Never Seen them in his life. Officer Alexandro Working Another Juristiction also, How is it Possible to work two Place's at once (it's illeagle) Officer Brian oneil don't Not have any leagle document's Saying that he Need aother officer from aother Juristiction. Why does he HAVE TO GO TO ANOTHER JURISTICTION TO GET A POLICE OFFICER WHEN THERE ARE SO MANY OFFICERS IN LAWRENCE. M4. JUAN SANCHEZ Feels THAT HE IS INOCENT. HE HAS been incarsoraled 5 YEAR And 9 MONTHS. And no one will help him get back to Sociely everything about his Arrest and Conviction were False. The State Violated his Consitutionally Right everything in the case was hear Say, There was no Plysical Evidence. Example: They Said they Called mr Sanchez everyday But there were No Phone records, or recordings in court, In officer Alexandro's testmony Said he Spoke With mr Sanchez on High St and he Said that mr Sanchez invited Him to 214 High St 2nd Floor.

2-9-05

All that was said by Officer Jose Alexandro does not show up in court. No date, time, no pictures, no video or recordings, and no other police officers as whitness. This whole case was based on what the police officer whole in the Report #1669 and the appears court. no. 204-p-1345. But there was no evidence to prove my of this - so how is it posible for a Jury to find me guilty when there is no solo evidence. (Justice). I feel like Justice was not served. Could you please investigate about the things I am telling you. So you can your findings to the Judge. To prove the Mr Sanchez telling the truth and is wronsly incarseuded. And please review all the trancripts of the case. Report police #1669 Appeals court. #204-p-1345. Of the case so that Mr. Sanchez may a fair trial, and return to the community a free men. please everthing I say in these papers is the truth.
    Thank you fer your time and consideration.
        Sincuely,
        Juan Villar Sanchy