<u>Denuncia -</u>

Dear Clerk:

This is being submitted on my case which was handled by the Salem Superior Court on 4 January 2000. My name is Juan E. Villar-Sanchez case # 077CR.0466 and I was unjustly sentenced to the Plymouth County Correctional Facility and want to make the following statement. How is it possible to sentence an innocent person without cause or evidence to a 10 year mandatory sentence when there were two state troopers who lied in court. Trooper's names are Brian Oneil and Jose Alejandro. There were never any fingerprints found. No photos of any evidence taken or presented during the trial. As well as any type of video. No phone conversations were taped during the three months of investigation according to the troopers. Another important fact is that none of the troopers mentioned knew how much money was paid for such drug. They never had a court order, nor did they have any marked money. Absolutely nothing that was written in the police report was presented during the trial and the fact o the matter is that they had no evidence. I have brought my case to the Board of Appeals and the

To handle my case once again and submit a motion to appeal my case. I have been serving my sentence for something I did not commit and I feel that I am getting nowhere. There is much more to my case. I want to know what else I need to do so that I may finally be set free and be back into the community where I belong an innocent person who has been accused and sentenced for a crime I did not commit.

Jon Villy Sanchez